**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUSTEES OF THE B.A.C. LOCAL 4 PENSION FUND TRUSTEES OF THE B.A.C. LOCAL 5 PENSION FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, and TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, <br><br> Plaintiffs, <br><br> -against- <br><br> VENUS TILE & MARBLE LLC., <br><br> Defendant. | 25 CV 12036 (MEF)(SDA) <br><br><br> **DEFAULT JUDGMENT** |

The Summons and Complaint in this action having been duly served on the above-named Defendant VENUS TILE & MARBLE LLC., ("Venus"), and said Defendant having failed to file an Answer to said Complaint, and said default having been duly noted,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys on behalf of Plaintiffs, it is hereby:

ORDERED AND ADJUDICATED that Plaintiffs TRUSTEES OF THE B.A.C. LOCAL 4 PENSION FUND, TRUSTEES OF THE B.A.C. LOCAL 5 PENSION FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, and TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND do recover of Venus, the Defendant, with its principal place of business at 1083 Route 12 Frenchtown, New Jersey 08825, in the amount of $55,094.68, consisting of: (1) contributions to the Funds in the estimated principal amount of at least

-2-

$33,039.88, (2) interest thereupon through April 3, 2025 in the total amount of $9,499.78, (3) liquidated damages in the total amount of $6,607.98, (4) audit costs of $934.50, and (5) attorney's fees and costs incurred in connection with the present action in the amount of $5,012.54.

_____
                                    Michael E. Farbiarz
                                         U.S.D.J.

May 18, 2026